# EXHIBIT B

SULLIVAN ON COMP

# TERMS OF SERVICE

Effective: January 17, 2026

**Welcome to Sullivan On Comp!**

**THIS TERMS OF SERVICE AGREEMENT ("TOS")** is the contract between you ("you" or "user") and SOC IP LLC dba Sullivan on Comp ("Sullivan on Comp"). Sullivan on Comp is operated by Michael Sullivan & Associates LLP under contract with SOC IP LLC. For operational and billing purposes, payments may be collected and processed by Michael Sullivan & Associates LLP as agent for SOC IP LLC. By using the products and services available on the website sullivanoncomp.com ("Website") and its affiliated websites, informational products, and data services, you agree to these terms and conditions.

SECTION 20 OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 20 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. PLEASE SEE SECTION 20 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

1. **WEBSITE ACCESS.**

   By accessing the information, services, data, or any other elements published and conveyed by us through its various media channels, including this Website and ChatSOC (collectively, "Services"), or clicking on a button or taking similar action to signify your affirmative acceptance of these TOS, you hereby indicate that (i) you have read, understand, and accept to be bound by these TOS and any future amendments and additions of these TOS as published from time to time at this link or through the Services; (ii) you are 16 or older; (iii) you have the authority to enter these TOS; and (iv) you will comply with all applicable laws, including those of the country, state, and city in which you are present while using the Services.

   In addition, when using any of the Services, you shall be subject to additional posted guidelines or rules applicable to such service, which are hereby incorporated into the current TOS and shall be automatically incorporated into any modified or amended TOS. We may also offer other services from time to time that are governed by additional or different terms of service, all of which are hereby incorporated into these TOS as though originally a part hereof.

2. **WEBSITE SERVICES, NOT LEGAL ADVICE.**

   We currently provide users with access to a rich collection of online resources, including, but not limited to, written and audio-visual content, news, education, communications tools, shopping services, and branded programming through its network of properties. Any subsequent augmentation, enhancement, or change to the Services, including the release of new SOC Property branded properties, shall be subject to the TOS. By accessing any of the Services, you hereby acknowledge, understand, and agree that such are provided "as is" and that we assume no responsibility for the timeliness, deletion, improper delivery, or failure with regards to any service provided.

   To access the Services, you will need to have access to the Internet. We do not provide the services or equipment necessary for user access. Any and all use of data or information from the Services shall be used only in conformance with applicable state or federal statutes or regulations; you remain solely and personally responsible for the safe and authorized use of such data or information, and agree to hold harmless and indemnify us against any liability from any unauthorized or illegal use by you or as a result of your use of the Services. You acknowledge and understand that SOC Property is copyright protected in U.S. and foreign territories; any unauthorized uses will be subject to legal action by us or by Owner to the fullest extent allowable under applicable laws.

   Our Services are not intended to and do not constitute legal advice. No attorney-client relationship is formed. Your use of Services or materials linked from the Services is at your own risk.

3. **PAYMENT TERMS & SUBSCRIPTION PLANS.**

"Order Form" means the online page or pages or other ordering document acceptable to us under these TOS, issued by us, and accepted by us, specifying the fees you owe us in exchange for the Services that we will provide you under these TOS.

There are two types of accounts available for use by customers to access premium Services: (i) an "Individual Account," available only to individuals for their private, personal, noncommercial use and not to institutions for multi-person use; or (ii) a "Corporate Account," made available for purchase by companies and other organizations for the purpose of providing access to more than one user.

To receive our premium Services, you will be required to provide payment information. By providing us with the payment information, you agree to provide a valid credit card or debit card number and to pay the fees detailed on the Order Form.

**Free Trial.** If you sign up for a free trial of our Services, you will not be automatically charged at the conclusion of the trial. By signing up for a free trial, you agree that we may send you communications related to your trial and other company updates, promotions, and service announcements.

**Early Access.** We may make early access products or features available to you ("Early Access Products"), which may or may not be described in an Order Form. If we make any Early Access Products available to you, we reserve the right to, in our sole discretion, suspend, terminate, or otherwise modify your access to the Early Access Products at any time. We do not make any guarantees about our Early Access Products and you understand that they are provided as-is. Your continued use of Early Access Products may be conditioned on subscribing or otherwise paying for the Early Access Products after we terminate your free access to them.

**Subscription Term; Auto Renewal.** Subscriptions are normally assessed on a monthly or annual basis. Subscription fees, as detailed on the Order Form, are calculated from the day upon which your paid subscription commences. Your subscription to the Services shall be for the initial term (e.g., monthly or annually) selected by you.

**PAYMENTS AUTOMATICALLY RENEW FOR INDEFINITE SUCCESSIVE RENEWAL TERMS FOR THE SAME PERIOD AS THE INITIAL TERM, UNTIL CANCELED BY YOU OR BY US IN ACCORDANCE WITH THESE TERMS.**

The subscription fee, when paid, is refundable within 30 days from the date of purchase or renewal. To initiate a refund, please contact us using the contact information at the bottom of these TOS.

**Right to Modify Pricing.** We reserve the right to raise or lower the cost of our Services, products, or subscription fees, and to create additional tiers or types of Services,

including subscription fee tiers, at any time.

**Cancellation.** Either we or you may cancel your subscription at any time and for any reason. In the event of a cancellation by us or you, all fees due to us up to the end of the then-current billing cycle at time of cancellation shall remain payable to us.

Individual Account users may cancel their subscription by either of the methods below:

- Going to **Settings**, clicking the **Billing & Payments** tab, locating the **Cancel Account** section, and clicking the button labeled **CANCEL**.
- Emailing a clear and specific cancellation request email to support@sullivanoncomp.com.

Corporate Account administrators can request cancellation by contacting their account executive or by emailing support@sullivanoncomp.com.

Cancellation in the middle of a subscription term is deemed a waiver of any balance of the service term remaining, and you may not retrieve any data that you may have stored with us. You further agree to pay any invoices promptly, and, in any event, no fewer than 30 days from the date of invoice. Failure to pay an invoice timely gives us the right to, at our discretion, either terminate your service, or charge any credit card we hold on your account for the full balance of any indebtedness to us. In addition, any discounts granted will be revoked, and payment on the full non-discounted value of services or products sold under an invoice not paid within 30 days will then be due.

If at any time we believe, in our sole discretion, that you have violated any provision of these TOS, we may immediately terminate your access to the Services without any refund or other remedy, and all fees due to us up to the end of the then-current billing cycle at the time of such termination shall remain payable to us. Such termination will not limit any other right by us under contract, tort, or any other legal theory to pursue any claim or cause of action against you for violating these TOS, including without limitation monetary damages, injunctive relief, attorney's fees, and court costs.

4. **SUBSCRIBER OBLIGATIONS.**
We may offer premium Services which users shall be able to access only as a paying subscriber. Such premium Services include but are not limited to: (i) The content of the Sullivan on Comp treatise, its glossary, index, and search functionality; (ii) webinars offered for professional credit including California attorney MCLE, LSCLE (State Bar LS/MCLE Provider No.: 15527), California Workers Compensation Claims Adjuster, Medical-Only Claims Adjuster, Medical Bill Reviewer, California Workers' CE credit; (iii) workers' compensation benefits calculators; (iv) monthly case law updates; (v) special report and commentary articles archive; (vi) SOC Essentials condensed text for educational topics; (vii) ChatSOC – generative AI chat interface. Premium Services can be offered in various bundles or combinations.

As an Individual Account user, you are granted access to premium Services, for your own private, personal, noncommercial use. Your password is for your individual use only, and not to be shared with coworkers, friends or family.

As a Corporate Account user, you agree to assign unique login credentials (ID and password) to each user and not to allow employees/users to share their unique login credentials with other users. This also means that users must not access the system under someone else's unique login credentials. Login credentials are assigned to a specific user and constitute authentication for issuance of Continuing Education Certificates of Achievement. User count is also the basis for charging fairly and accurately for access to premium Services.

In consideration of the use of premium Services, you agree to the following:

a. You will only use the Services for lawful purposes, and not for deceptive or fraudulent purposes; you will not send or store any unlawful material.
b. You will not use the Services to cause nuisance, annoyance or inconvenience.
c. You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any other users of the Website.
d. You will not violate the publicity or privacy rights of another individual.
e. You will not copy or distribute any content displayed through the Services.
f. You will not create or compile, directly or indirectly, any collection, compilation, or other directory from any content displayed through the Services except for your personal, noncommercial use.
g. The information you provide to us or otherwise communicate with us is accurate.
h. You will not use the Services in any way that could damage, disable, overburden or impair any of our servers, or the networks connected to any of our servers.
i. You will not attempt to gain unauthorized access to any part of the Services and/or to any service, account, resource, computer system and/or network connected to any of our servers.
j. You will not deep-link to the Services or access the Services manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy or monitor any portion of the Services or any content on the Services.
k. You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.
l. You will not impersonate another person, act as another entity without authorization, or create multiple accounts.

m. You will not use any part of our Services, including text from the treatise or any other section nor any outputs from ChatSOC, to develop any artificial intelligence (or similar) models, unless you receive our express consent.

You further agree, as a paying subscriber to our premium Services, to maintain your account in good standing unless you cancel.

Continuing access to premium Services is contingent upon compliance with these obligations. We have the right to assess patterns of usage in order to make a determination at any time as to whether or not an account holder is upholding these requirements. If in our sole discretion, you have failed to abide by the terms of this TOS or appear to us likely to do so, we have the right to suspend or terminate your account and refuse any and all current or future use of the Services or any portion thereof.

5. **ADDITIONAL FEATURES AND TERMS.**

**5.1 ChatSOC.**

Some of our Services, including the Services intended for Individual Account users, may include access to ChatSOC, an artificial intelligence-powered chat interface that allows users to ask questions about the content contained in SOC Property.

**ChatSOC Content.** You may provide input to ChatSOC ("input") and receive output from ChatSOC based on the input ("output"). Input and output are collectively referred to as "Content." You are responsible for Content, including ensuring that it does not violate any applicable law or these TOS. You represent and warrant that you have all rights, licenses, and permissions needed to provide input to ChatSOC.

**Access to ChatSOC.** Access to ChatSOC may be included with your subscription for Services intended for Individual Account users. However, the pricing of and features included for Corporate Account users are subject to negotiation, and as such may not include access to ChatSOC without approval by us.

Corporate Account pricing agreements negotiated prior to introduction of ChatSOC did not contemplate the inclusion of ChatSOC and do not include access to ChatSOC. Corporate Accounts negotiated prior to the introduction of ChatSOC will need to contact us to negotiate the cost to access ChatSOC.

**Accuracy.** We are constantly working to improve ChatSOC to make the product more accurate and reliable. However, given the probabilistic nature of machine learning and artificial intelligence, use of ChatSOC may, in some situations, result in output that does not accurately reflect the current law, factual situations, and more. These inaccuracies are

sometimes referred to as "hallucinations." Users are responsible for reviewing ChatSOC responses for relevance and accuracy before relying on them.

**Similarity of Output.** You acknowledge and understand that due to the nature of our Services and artificial intelligence generally, outputs may not be unique and other users may receive similar outputs from our Services. Outputs that are requested by or generated for other users are not considered your output.

**Our Use of Input.** We may use any Content to provide, maintain, develop, train, and improve ChatSOC, which may include complying with applicable law, enforcing our policies, and keeping our Services, including ChatSOC, safe. In addition, we may review submitted input and the output generated to improve the quality of our Services and ChatSOC.

In addition, when you use ChatSOC, you understand and agree that:

- We do not warrant or guarantee the accuracy and validity of ChatSOC's output, and it is your responsibility to validate the accuracy and validity of ChatSOC's output by clicking through the citations provided within ChatSOC's output to read the appropriate text of SOC Property.
- You will not rely on output from ChatSOC as a sole source of truth or factual information, or as a substitute for professional advice.
- You will evaluate ChatSOC's output for accuracy and appropriateness for your use case, including using human review as appropriate, before using or sharing output from ChatSOC.
- You will not provide, share, or otherwise use confidential information, including personal information, in your input to ChatSOC, unless you have provided the necessary privacy notices and obtained necessary consents for the processing of such information by ChatSOC and using our third-party AI vendors in such processing.
- You will not use outputs from ChatSOC to provide tailored professional advice, including legal or employment advice, without review by a qualified professional.
- You will not represent that outputs are human-generated when they are not.
- You will not use any part of our Services, including any outputs from ChatSOC, to develop any artificial intelligence (or similar) models, unless you receive our express consent.
- You will not automatically or programmatically extract data or outputs from our Services.
- You will not interfere with or disrupt our Services, including circumventing any rate limits or restrictions, bypassing any protective measures or safety mitigations we

put on our Services, or initiating or facilitating Content-based attacks or jailbreaking.

**5.2 Precedent Cases.**

In addition to our baseline Services, you may complete Order Form(s) to gain access to Precedent Cases. Precedent Cases is a separately priced add-on for which you must complete an Order Form and pay the associated fees to access and use. Access to Precedent Cases is not included with any standard subscription, and Corporate Accounts must explicitly license the feature for their users.

**Temporary Access.** We may, at our sole discretion, decide or offer to provide you with temporary or limited preview access to Precedent Cases. You understand that we can revoke such preview access at any time and for any reason, and such preview access does not guarantee continued availability of Precedent Cases unless separately licensed.

**Usage Rights and Restrictions.** By agreeing to an Order Form for Precedent Cases, you agree that:

a. Authorized users are allowed to view or download individual case PDFs for personal, non-commercial, lawful use only;
b. Authorized users shall not bulk or automate downloading, scraping, archiving, or otherwise accessing PDFs or case data;
c. Authorized users shall not rehost, redistribute, or commercially republish PDFs or case data; and,
d. Any content, files, or other data accessible through Precedent Cases or the Services shall not be used to develop, train, fine tune, or otherwise improve artificial intelligence or similar algorithmic models or any competing database/tool without explicit written permission from us.

**Disclaimer.** Precedent Cases is offered and provided as-is, and we do not guarantee the accuracy of any files, cases, records, or other data that may be accessible through Precedent Cases. We also do not guarantee that files, cases, records, or other data may be available in all instances, and you understand that not all cases cited within the Services will have a matching case PDF available in the Precedent Cases feature. Hyperlinked case names that are accessible via Precedent Cases are provided for navigational purposes only, and they are not assertions that the PDF represents the publisher-cited source. You understand and agree that PDFs accessible through the Services may lack publisher-specific annotations, headnotes, summaries, or pagination, and not all cases cited within our Services have a matching case PDF available in the Precedent Cases feature.

You understand and agree that Precedent Cases is not and shall not be used as a replacement, in part or full, for legal research databases or qualified legal expertise.

We make no representation, warranties, or guarantees about the accuracy, timeliness, formatting, adequacy, or completeness of documents, PDFs, files, or data that may be accessed via the Precedent Cases feature.

**Modifications.** We reserve the right to modify, improve, or otherwise develop additional functionality for Precedent Cases. We may implement such modifications, improvements, or developments at any time without prior notice to you, and such modifications, improvements, or developments may require completing a separate Order Form and additional fees to access and use.

**Monitoring and Termination.** We reserve the right to monitor your usage of Precedent Cases for potential violations of these TOS, which may include but is not limited to excessive downloads and scraping data. Abuse or violations of the TOS may result in remedial actions, including but not limited to throttling or otherwise limiting access and/or use, account suspension, termination of access to Precedent Cases, or termination of access to the Services, in each case without refund to you.

6. **REFUNDS FOR PREMIUM SERVICES.**
Refunds for the entire amount (less applicable handling costs) can be obtained upon cancellation within 30 days from the date of purchase or renewal of a subscription. After the 30 days from the date of purchase or renewal, no refund will be provided to the customer for cancellation. This policy is clearly presented to customers at the time of subscription.

7. **PURPOSE OF SERVICES.**
You acknowledge and agree that: (i) SOC Property consists of content which is for informational purposes only; (ii) the Website and SOC Property do not provide or constitute legal advice; and (iii) your purchase or renewal of premium Services shall not constitute an engagement for legal services.

8. **PRIVACY POLICY.**
For more information, please see our Privacy Policy regarding privacy of your registration information and other user data. By agreeing to the terms of this TOS, you are automatically agreeing to our Privacy Policy, which is incorporated herein by reference.

9. **PASSWORDS AND SECURITY.**
If you subscribe to the premium Services, you will receive a password and account designation upon completing the registration process. You are responsible for safeguarding the confidentiality of your password and account and are fully responsible for all activities that occur under your password or account. You agree to: (a) ensure that you exit from your account at the end of each on-line session; and (ii) immediately notify us in writing (on the Website) of any unauthorized use of your password or account or any

breach of security. We will not be liable to you or any third party for any loss or damage arising from your failure to safeguard the confidentiality of your account and/or password.

10. **INDEMNITY.**

You agree to indemnify and hold us, our subsidiaries, affiliates, officers, agents, co-branders or other partners, and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of Services, your connection to Services, your violation of the TOS or third party claims resulting from your use of the Website and/or the Services in violation of the TOS.

11. **NO RESALE OF SERVICE.**

You agree not to reproduce, duplicate, copy, sell, resell, or exploit for any commercial purposes, any product or Services offered on the Website or otherwise, including but not limited to any portion of the use or access to Services in violation of the TOS.

12. **MODIFICATIONS TO SERVICE.**

We reserve the right at any time and from time to time to modify or discontinue the Services or any part thereof with or without notice. You agree that we shall not be liable to you or to any third party for any modification, suspension, or discontinuance of Services.

13. **TERMINATION.**

We reserve the right, in our sole discretion, to terminate your password, account, or any part thereof or your use of Services without refund or compensation for any reason, including, without limitation, lack of use over an extended period of time or if we believe that you have violated or acted inconsistently with the letter or spirit of the TOS. We may also in our own discretion and at any time discontinue providing Services, or any part thereof, with or without notice. You agree that any termination of your access to Services under any provision of this TOS may be effected without prior notice, and acknowledge and agree that we may immediately deactivate or delete your account and all related information and files in your account and/or bar any further access to such files or the Services. Further, you agree that we shall not be liable to you or any third party for termination of your access to Services or the loss of your information, content, messages, or other communications submitted, posted, transmitted by, or maintained by our Services. You agree that you use our Services solely at your own risk and agree to assume those risks and all consequences thereof.

We reserve the right to refuse service to anyone or any organization for any reason at any time.

14. **ADVERTISERS.**

You hereby acknowledge and agree that any correspondence or business dealings pertaining to, or your participation in, advertiser promotions found on or through our Services (including payment and delivery or related goods or services, and any other

terms, conditions, warranties, or representations associated with such dealings) are solely between you and such advertiser. You agree that we shall not be responsible or liable for any loss or damage of any sort incurred by you or any third party as the result of any such dealings with, or as the result of the presence of, such advertisers on our Service. We do not endorse any advertiser on our system.

15. **LINKS.**
The Services (or authorized third parties) may provide links to other Internet websites or resources. We are not responsible for the availability of such external sites or resources, do not endorse them, and are not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources. You acknowledge and agree that we shall not be liable to you or any third party, either directly or indirectly, for any damage or loss caused or alleged to be caused, whether intended or unintended, by or in connection with the use of or in reliance on any such links, sites, resources, goods, or services available on or through any such link, site, or resource. You should review applicable terms and policies of any external sites or resources, including their privacy and data gathering practices, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

16. **PROPRIETARY RIGHTS AND LICENSES.**
You acknowledge and agree that the Services, Website and any necessary software used in connection therewith ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that the content of the Website and SOC Property is our property, Owner's property and/or the property of either ours or Owner's subsidiaries or affiliates. You may not distribute, print, email, re-publish, give, sell, reproduce, or otherwise cause to be disbursed in any manner whatsoever (whether for free or for profit) in whole or in part, the Services, the Website or SOC Property content or any other proprietary content of Owner or ourselves without the express, written permission of Owner and ourselves.

17. **DISCLAIMER OF WARRANTIES.**
YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

- YOUR USE OF THE SERVICE IS AT YOUR OWN RISK. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, NON-INFRINGEMENT, SECURITY, OR ACCURACY.
- WE MAKE NO WARRANTY THAT (I) THE SERVICES WILL MEET YOUR REQUIREMENTS, (II) THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, (III) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE, (IV) THE QUALITY OF ANY

PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SERVICES WILL MEET YOUR EXPECTATIONS, OR THAT (V) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED.

- ANY USE OF OUTPUTS FROM CHATSOC IS AT YOUR SOLE RISK AND YOU WILL NOT RELY ON OUTPUTS AS A SOLE SOURCE OF TRUTH OR FACTUAL INFORMATION, OR AS A SUBSTITUTE FOR PROFESSIONAL ADVICE.
- ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE(S) IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL.
- NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH OR FROM THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TOS.

18. **LIMITATION OF LIABILITY.**

YOU EXPRESSLY UNDERSTAND AND AGREE THAT WE SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE OF DATA OR OTHER INTANGIBLE LOSSES WHETHER IN AN ACTION UNDER CONTRACT, TORT, OR ANY OTHER THEORY (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBLITY OF SUCH DAMAGES), RESULTTING FROM: (I) THE USE OR THE INABILITY TO USE THE SERVICE, (II) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, OR SERVICES PURCHASED OR OBTAINED, OR MESSAGES RECEIVED ON TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICE; (III) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA INCLUDING LIABILITY ASSOCIATED WITH ANY VIRUSES WHICH MAY INFECT A USER'S DATA, INFORMATION, OR COMPUTER EQUIPMENT; (IV) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICE; OR (V) ANY OTHER MATTER RELATING TO THE SERVICE.

THIS SITE MAY CONTAIN LINKS TO OTHER SITES ON THE INTERNET THAT ARE OWNED AND OPERATED BY THIRD PARTY VENDORS AND OTHER THIRD PARTIES ("EXTERNAL SITES"). YOU ACKNOWLEDGE AND AGREE THAT WE ARE NOT RESPONSIBLE FOR THE AVAILABILITY OF, OR THE CONTENT LOCATED ON OR THROUGH ANY EXTERNAL SITE. YOU SHOULD CONTACT THE WEBMASTER OR SITE ADMINISTRATOR FOR SUCH EXTERNAL SITE IF YOU HAVE CONCERNS REGARDING SUCH LINKS OR THE CONTENT LOCATED ON SUCH EXTERNAL SITE.

19. **EXCLUSIONS AND LIMITATIONS.**

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, THE FOREGOING ARE APPLICABLE ONLY TO THE FULLEST EXTENT OF THE LAW IN THE APPLICABLE JURISDICTIONS.

20. **DISPUTE RESOLUTION**

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH US AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 20 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT."

a. Scope of Arbitration Agreement. You agree that any dispute or claim relating in any way to your access or use of the Services or as a consumer of our Services, to any advertising or marketing communications regarding us or our Services, to any products or services sold or distributed through the Services that you received as a consumer, or to any aspect of your relationship or transactions with us as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or we may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

IF YOU AGREE TO ARBITRATION WITH US, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST US IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

b. Arbitration Rules and Forum. This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to:

Sullivan on Comp,
P.O. Box 85059,
San Diego, CA 92186-5059;
Attention: Director of SOC

The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at https://www.jamsadr.com/rules-streamlined-arbitration/; all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and

Procedures, available at https://www.jamsadr.com/rules-comprehensive-arbitration/. JAMS's rules are also available at https://www.jamsadr.com/ (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, we will pay them for you. In addition, we will reimburse all such JAMS's filing, administrative, hearing and/or other fees for claims with an amount in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

c. Arbitrator Powers. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and us. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and on us.

d. Waiver of Jury Trial. YOU AND WE AGREE TO WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and we are instead electing to have claims and disputes resolved by arbitration, except as specified in Section 20(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

e. Waiver of Class or Consolidated Actions. YOU AND WE AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor we are

entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 23.

f. Opt Out. You may opt out of this Arbitration Agreement. If you do so, neither you nor we can force the other to arbitrate as a result of this Agreement. To opt out, you must notify us in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your email address (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to:

Sullivan on Comp,
P.O. Box 85059,
San Diego, CA 92186-5059;
Attention: Director of SOC.

If you opt out of this Arbitration Agreement, all other parts of this TOS will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us.

g. Survival. This Arbitration Agreement will survive any termination of your relationship with us.

h. Modification. Notwithstanding any provision in the TOS to the contrary, we agree that if we make any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to us.

21. **NOTICES.**

Notices to you may be made either by email or regular mail. The Services may also provide notices of changes to the TOS or other matters by displaying notices on the Website home page or via pop-up messages to signed-in users.

22. **COPYRIGHT/TRADEMARKS.**

The trademarks, logos, and service marks ("Marks") displayed on the Website are our property and other parties, where applicable. Users are prohibited from using any Marks for any purpose without our written permission or any such applicable third party. All site design, text, graphics, interfaces, and the selection and arrangements are our sole property, unless noted otherwise. Owner is the sole and exclusive and copyright proprietor of the SOC Property and any reproduction thereof are subject to the express written consent of Owner and ourselves.

23. **JURISDICTION/GOVERNING LAW.**

This TOS will be governed and construed in accordance with the laws of the State of California as applied to agreements entered into and to be performed entirely within California by California residents. To the extent the parties are permitted under this

Agreement to initiate litigation in a court, you agree to submit to the exclusive and personal jurisdiction of the courts located within the county of Los Angeles, California.

24. **MISCELLANEOUS.**
Our failure to exercise or enforce any right or provision of the TOS shall not constitute a waiver of such right or provision. If any provision of the TOS is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the TOS shall remain in full force and effect. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Services or the TOS must be filed within one (1) year after such claim or cause of action arose or be forever barred. The section titles in the TOS are for convenience and have no legal or contractual effect.

25. **VIOLATIONS OF TERMS OF SERVICE.**
Please report any violations of the TOS to us by using the contact information below. We and Owner reserve the right to seek all remedies available at law and in equity for violations of the TOS including the right to block access from a particular Internet address to this Website.

26. **ENTIRE AGREEMENT.**
The TOS constitutes the entire agreement between the parties and governs your use of the Services, superseding prior agreements, if any, between you and us. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content, or third-party software.

27. **CONTACT INFORMATION**

Sullivan on Comp
P.O. Box 85059
San Diego, CA 92186-5059
Attention: Director of SOC
support@sullivanoncomp.com
866-458-8762

**WE RESERVE THE RIGHT, AT ANY TIME, TO MODIFY, ALTER, OR UPDATE THESE TOS WITHOUT NOTICE TO YOU; POSTING OF ANY CHANGES ON THE WEBSITE CONSTITUTES NOTICE OF THEIR EFFECTIVENESS. YOU AGREE TO BE BOUND BY SUCH MODIFICATIONS, ALTERATIONS, OR UPDATES BY ACCESSING THE SERVICES.**

# Contact

Sullivan on Comp
P.O. Box 85059
San Diego, CA 92186-5059

Phone: +1 866 458 8762
Email: support@sullivanoncomp.com

# Important Links

Home

What is ChatSOC?

About

Contact

Plans & Pricing

Blog

Log In

# For Subscribers

Treatise

ChatSOC

Webinars

Calculators

Case Law Updates

Commentary

SOC Essentials

IEA Training Login

Copyright © 2026 SOC IP LLC | Terms of Service | Privacy Policy | Your Privacy Choices