UMBERG ZIPSER LLP
Carole E. Reagan (SBN 162674)
creagan@uzllp.com
Mei Tsang (SBN 237959)
mtsang@uzllp.com
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Plaintiff
SOC IP LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOC IP LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH TOWN, individually; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:26-cv-09166-JFW (Ex)<br>Assigned to Hon. John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL OF PLAINTIFF**<br><br>Complaint filed: August 17, 2026<br>Trial Date: None Set |

I, Carole E. Regan, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner at Umberg Zipser LLP, and lead trial counsel for Plaintiff SOC IP LLC. I make this declaration pursuant to Section 3 of the Court's Standing Order (Dkt. 8).

2. I have registered as a CM/ECF user.

3. My email address of record is creagan@uzllp.com.

4. I have read the Court's Standing Order and the Local Rules of the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 27, 2026 at Irvine, California.

*/s/ Carole E. Reagan*
Carole E. Reagan