Civil Action No. 2:26-cv-09166-JFW-E

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* SARAH TOWN

was received by me on *(date)* 08/26/2026 .

☑ I personally served the summons on the individual at *(place)* 1275 W. Main Street, Ventura, CA 93001

on *(date)* 08/28/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______

______ , a person of suitable age and discretion who resides there,

on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______

______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: 1. Complaint (Dkt 1); 2. Exhibit A (Dkt. 1-1); 3. Exhibit B (Dkt. 1-2); 4. Notice of Assignment to US Judge (Dkt. 4); 5. Notice to Parties of Court Directed ADR Program (Dkt. 5); 6. Notice to Counsel re Consent to Proceed Before Magistrate Judge (Dkt. 6); 7. Summons Issued (Dkt. 7)

My fees are $ ______ for travel and $ 149.00 for services, for a total of $ 149.00 .

I declare under penalty of perjury that this information is true.

Date: 09/02/2026

[signature]

*Server's signature*

CHERYL STINSON, PROCESS SERVER

*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network

*Server's address*

Additional information regarding attempted service, etc:

DESCRIPTION OF PERSON SERVED:
SARAH TOWN, (Age: 30'S Sex: Female Race: CAUCASIAN Height: 5'7 Weight: 130 Hair: BROWN Eyes: BROWN )

ADDRESS OF SERVICE: 1275 W. Main Street, Ventura, CA 93001

USALN#: 1246539

Print Save As... Reset